UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AHMED IBRAHIM ABDELSTAR AHMED ELSAYED,<br><br>Petitioner,<br><br>- against -<br><br>DIRECTOR OF ICE DETENTION FACILITY 26 FEDERAL PLAZA, NEW YORK, *et al.*,<br><br>Respondents. | No. 26 Civ. 4927 (LJL)<br><br><br>**STIPULATION AND ORDER OF TRANSFER OF VENUE** |

WHEREAS, petitioner Ahmed Ibrahim Abdelstar Ahmed Elsayed brought this habeas action under 28 U.S.C. § 2241 by filing a habeas petition on June 10, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), and seeking an order from this Court requiring, among other things, that he be released from custody; and

WHEREAS, the petitioner filed his habeas petition while he was detained at the Alexandria Staging Facility in Alexandria, Louisiana, which is located within the Western District of Louisiana; and

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the Western District of Louisiana under 28 U.S.C. § 1631; therefore

*[remainder of page intentionally left blank]*

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that

1. This action shall be and hereby is transferred to the U.S. District Court for the Western District of Louisiana.

2. To permit Petitioner sufficient time to associate with Louisiana counsel before this case is transferred, the Clerk of Court shall not transfer this case until June 26, 2026.

3. The Court's injunction staying Petitioner's removal from the United States shall remain in place unless and until the transferee court orders otherwise.

New York, New York
June 17, 2026

MELITO & ADOLFSEN, P.C.
*Attorney for Petitioner*


Louis G. Adolfsen, Esq.
233 Broadway, Suite 1010
New York, New York 10279
Tel.   (212) 238-8920

New York, New York
June 17, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*


Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2743

SO ORDERED.


HON. LEWIS J. LIMAN
United States District Judge

Date: June 17, 2026

– page 2 of 2 –

26 Civ. 4927 (LJL)